# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MICHAEL J. DESANTI, Defendant. | PO-19-05118-GF-JTJ <br><br> VIOLATION: <br> 6026926 <br> 6026772 <br> Location Code: M13 <br><br> ORDER |

Based upon the United States' motion to accept the defendant's payment of a $30 processing fee for violation 6026926, and a $4,940 fine and $30 processing fee for violation 6026772 (for a total of $5,000), and for good cause shown, IT IS ORDERED that the $5,000 fine ($4,940 fine and $60 processing fees) paid by the defendant is accepted as a full adjudication of violations 6026926 and 6026772.

IT IS FURTHER ORDERED that the initial appearance scheduled for December 5, 2019, is VACATED.

DATED this 4th day of December, 2019.

John Johnston
United States Magistrate Judge